**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| JOHN DOE #1; JUAN RAMON MORALES; JANE DOE, # 2; IRIS ANGELINA CASTRO; BLAKE DOE; BRENDA VILLARRUEL; LATINO NETWORK; JANE DOE, # 3; GABINO SORIANO CASTELLANOS, *Plaintiffs-Appellees*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; XAVIER BECERRA, Secretary of Health and Human Services; U.S. DEPARTMENT OF STATE; ANTONY J. BLINKEN, Secretary of State, in his official capacity; UNITED STATES OF AMERICA, *Defendants-Appellants*. | No. 19-36020 <br><br> D.C. No. 3:19-cv-1743-SI <br><br><br> ORDER |

Filed July 16, 2021

2     DOE #1 V. BIDEN

Before:  A. Wallace Tashima, Jay S. Bybee, and
Daniel P.  Collins, Circuit Judges.

Order

**COUNSEL**

Kevin M. Fee, Scott D. Stein, and Tacy Fletcher Flint, Sidley Austin LLP, Chicago, Illinois; Naomi A. Igra, Sidley Austin LLP, San Francisco, California; John L. Gibbons, Sidley Austin LLP, Washington, D.C.; Stephen W. Manning and Tess Hellgren, Innovation Law Lab, Portland, Oregon; Jesse Bless, American Immigration Lawyers Association, Washington, D.C.; Karen C. Tumlin and Esther H. Sung, Justice Action Center, Los Angeles, California; for Plaintiffs-Appellees.

Brian M. Boynton, Acting Assistant Attorney General; August E. Flentje, Special Counsel; William C. Peachey, Director; Brian C. Ward, Senior Litigation Counsel; Courtney E. Moran, Trial Attorney; Office of Immigration Litigation, United States Department of Justice, Washington, D.C.; for Defendants-Appellants.

DOE #1 V. BIDEN                                     3

**ORDER**

Plaintiffs-Appellees' Motion to Vacate Panel Opinion (Dkt. 96) is **GRANTED in part**. The panel opinion published at 984 F.3d 848 (9th Cir. 2020) is **VACATED**. The matter is **REMANDED** to the district court with instructions "to vacate as moot the [November 26, 2019] order granting a preliminary injunction." *See Mayorkas v. Innovation Law Lab*, 594 U.S. __, 2021 WL 2520313, at *1 (June 21, 2021). The petition for rehearing en banc (Dkt. 80) is **DENIED** as moot.