UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE #1; et al.,

       Plaintiffs - Appellees,

  v.

JOSEPH R. BIDEN, in his official
capacity as President of the United
States; et al.,

       Defendants - Appellants.

No. 19-36020

D.C. No. 3:19-cv-01743-SI
U.S. District Court for Oregon,
Portland

**MANDATE**

The judgment of this Court, entered July 16, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7